FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

Eric Saffold
_____
Name

AIS #241510
_____
Prison Number

Ventress Correctional Facility
_____

P.O. Box 767, Clayton, AL  36016-0767
_____
Place of Confinement

United States District Court _____Middle_____ District of ___Alabama___

Case No. 1:07 cv 598 - MHT

(To be supplied by Clerk of U. S. District Court)

Eric Saffold
_____, PETITIONER
(Full name) (Include name under which you were convicted)

J. C. Giles, Warden
_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ___Alabama___

_____Troy King_____, ADDITIONAL RESPONDENT

     (if petitioner is attacking a judgment which imposed a sentence to be
served in the future, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the future
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
    petitioner under penalty of perjury.  Any false statement of a material
    fact may serve as the basis for prosecution and conviction for perjury.
    All questions must be answered concisely in the proper space on the form.

    The Judicial Conference of the United States has adopted, effective 1/1/83,
    the 8-1/2 x 11 inch paper size standard for use throughout the federal
    judiciary and directed the elimination of the use of legal size paper. All
    pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies must be</u> mailed to the Clerk of the United States District Court whose address is
          <u>P. O. Box 711, Montgomery, Alabama  36101</u>

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.          PETITION

1. Name and location of court which entered the judgment of conviction under attack   <u>Houston County Circuit Court, Dothan, AL</u>

2. Date of judgment of conviction <u>May 3, 2005</u>

3. Length of sentence <u>25 years</u>  Sentencing Judge <u>Larry K. Anderson</u>

4. Nature of offense or offenses for which you were convicted:_____
      First Degree Robbery

5. What was your plea? (check one)
   (a) Not guilty  ( X )
   (b) Guilty      ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury (X )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No (X)

8. Did you appeal from the judgment of conviction? Yes ( X) No ( )

9. If you did appeal, answer the following:
   (a) Name of court ___Alabama Court of Criminal Appeals_____
   (b) Result __Affirmed_____
   (c) Date of result __April 28, 2006_____
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details: __In the Alabama Supreme Court Writ of Certiorari
   Denied_____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court____Houston County Circuit Court, Dothan, AL_____
        (2) Nature of proceeding__Motion for Split Sentence_____

        (3) Grounds raised __Court ordered Substance Abuse Program (SAP) and Crime
        Bill. Motion for Reconsideration of Sentence after completion of
        Programs. Be brought back to court after completion, be placed on a
        20 year splet to time served. Be released on probation and pay fines.__
        _____

        (4) Did you receive an evidentiary hearing on your petition, application
        or motion? Yes ( ) No (X)
        (5) Result _____
        (6) Date of result _____
    (b) As to any second petition, application or motion give the same infor-
        mation:
        (1) Name of court_____
        (2) Nature of proceeding_____

        (3) Grounds raised_____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application
        or motion? Yes ( ) No ( )
        (5) Result _____
        (6) Date of result_____

(c) As to any third petition, application or motion, give the same information:

  (1) Name of court _____

  (2) Nature of proceeding _____

       _____

  (3) Grounds raised _____

       _____

       _____

       _____

       _____

       _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )

  (5) Result _____

  (6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

  (1) First petition, etc.        Yes ( ) No ( )

  (2) Second petition, etc.     Yes ( ) No ( )

  (3) Third petition, etc.      Yes ( ) No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

       _____

       _____

       _____

       _____

       _____

12.  State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prose-cution to disclose to the defendant evidence favorable to the defen-dant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: The State failed to prove every element of the crime of Robbery First Degree, therefore, the Petitioner is factually innocent.
Supporting FACTS (tell your story briefly without citing cases or law): The facts at the Petitioner's trial failed to prove that there was any intent on his part to commit the crime of robbery first degree. There was insufficient evidence to prove that a crime was committed and/or that the Petitioner had any intention to commit a crime. The Petitioner is factually innocent of the charge of Robbery First Degree and is therefore incarcerated  unconstitutionally.

B.  Ground two:  None

Supporting FACTS (tell your story briefly without citing cases or law):

C. Ground three: None _____

   Supporting FACTS (tell your story briefly without citing cases or
   law): _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____


D. Ground four: __ None _____

   Supporting FACTS (tell your story briefly without citing cases of
   law): _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____


13. If any of the grounds listed in 12A, B, C, and D were not previously pre-
    sented in any other court, state or federal state briefly what grounds were
    not so presented, and give your reasons for not presenting them:_____
    All grounds herein stated were argued and raised at all levels of the
    State proceedings. _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____


14. Do you have any petition or appeal now pending in any court, either state
    or federal, as to the judgment under attack? Yes ( )  No ( X )

15. Give the name and address, if known, of each attorney who represented you in
    the following stages of the judgment attacked herein:
    (a) At preliminary hearing_____
    _____
    (b) At arraignment and plea_____
    _____

(c) At trial Eric Davis, P.O. Box 1103, Dothan, AL 36302

(d) At sentencing Thomas Brantley, 401 N. Foster St., Dothan, AL 36303

(e) On appeal   Thomas Brantley, 401 N. Foster St., Dothan, AL 36303

(f) In any post-conviction proceeding  None

(g) On appeal from any adverse ruling in a post-conviction proceeding:
    None

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ( ) No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No (X)
    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) And give date and length of sentence to be served in the future:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( ) No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on   06/21/07                     .
                                                              (date)

_____
Signature of Petitioner

Eric Saffold
AIS #241510, Dorm D1
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767










United States District Court
For the Middle District of Alabama
Clerk's Office
P.O. Box 711
Montgomery, AL 36101-0711