**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Troy King
   Attorney General for the
   State of Alabama
   11 South Union Street
   Montgomery, AL 36130

   07CV598

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 1065

   2811 February 2004        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X J. Giuner                    ☐ Agent
                                  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Giuner                         7/2/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540