IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 JUL 20  P 2: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Eric SAFFOLD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:07-CV-598-MHT |
| | ) |
| J.C. GILES, et. al., | ) |
| | ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and J.C. Giles, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the St. Clair Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
Audrey Jordan
Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>20th</u> day of July, 2007, I have filed the foregoing with the Clerk of this Court and the same on Saffold at:

>Eric Saffold
>AIS # 241510
>Ventress Correctional Facility
>P.O. Box 767
>Clayton, Alabama 36016-0767

>/s/ Audrey Jordan
>Audrey Jordan (JOR040)
>Office of the Attorney General
>Alabama State House
>11 South Union
>Montgomery, AL  36130-0152
>Telephone:  (334) 242-7300
>Fax:  (334) 242-2848
>E-Mail:  ajordan@ago.state.al.us

296680/110460