IN THE UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 AUG 27 P 2: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| Eric SAFFOLD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:07-CV-598-MHT |
| | ) | |
| J.C. GILES, et. al., | ) | |
| | ) | |
| Respondents. | ) | |

## AMENDED CONFLICT DISCLOSURE STATEMENT

Come now Troy King and J.C. Giles, by and through Counsel named below,

make the following disclosure regarding potential conflicts of interest relating to

those designated in this Court's General Order No. 3047:

Troy King and J.C. Giles, parties named to the above-captioned case as

required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing

Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official

capacities.  Neither the Alabama Attorney General nor the Warden of the Ventress

Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.

_____

Audrey Jordan
Counsel for Troy King and J.C. Giles

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>27th</u> day of August, 2007, I have filed the

foregoing with the Clerk of this Court and the same on Saffold at:

Eric Saffold
AIS # 241510
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

Audrey Jordan (JOR040)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  ajordan@ago.state.al.us

311409/110460

2