IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC SAFFOLD, AIS #241510, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv598-MHT |
| | ) (WO) |
| J.C. GILES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On March 4, 2010 (Doc. # 11), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, and for good cause, it is ORDERED that the recommendation (Doc. # 11) is adopted and that the petition for writ of habeas corpus (Doc. # 1) is denied.

DONE, this the 26th day of March, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE