IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERIC SAFFOLD, AIS #241510,      )
                                )
            Petitioner,          )
                                )
v.                              )       CIVIL ACTION NO. 1:07cv598-MHT
                                )                 (WO)
J.C. GILES, *et al.*,           )
                                )
            Respondents.        )

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus (Doc. #

1) is denied and costs are taxed against the petitioner.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of March, 2010.

　　　　　/s/  Myron H. Thompson　　　　　
UNITED STATES DISTRICT JUDGE